In re: **GABRIELA LOGAN,**
**FKA GABRIELA QUIROZ**
**FKA GABRIELA QUIROZ-VARGAS**
Debtor(s)

Bankruptcy No.: 21-10498-DM
R.S. No.: EAT-2072
Hearing Date: 01/12/2022
Time: 9:30 am

## Relief From Stay Cover Sheet

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed: 11/24/2021     Chapter: 13
    Prior hearings on this obligation: N/A     Last Day to File §523/§727 Complaints: _____

(B) Description of personal property collateral (e.g. 1983 Ford Taurus): 2003, The Andrew Karsten Co Inc, "Villa" (27' x 56') mobile home, Serial Number KCCA01K31382A/B, Decal Number LBE9973, located at 414 OTT ST, SPACE 97, SANTA ROSA, CA 95407

Secured Creditor [X] or lessor [ ]
Fair market value:        $ N/A           Source of value: N/A
Contract Balance:         $ N/A           Pre-Petition Default:   $ N/A
Monthly Payment:          $ N/A               No. of months:  N/A
Insurance Advance:        $ N/A           Post-Petition Default:  $ N/A
                                              No. of months:  N/A

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA):

Fair market value: $_____    Source of value: _____    If appraisal, date: _____

Moving Party's position (first trust deed, second, abstract, etc.):

Approx. Bal.             $_____           Pre-Petition Default:    $_____
As of (date): _____                           No. of months: _____
Mo. payment:             $_____           Post-Petition Default:   $_____
Notice of Default (date): _____               No. of months: _____
Notice of Trustee's Sale: _____           Advances Senior Liens:   $_____

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: _____ | $_____ | $_____ | $_____ |
| 2nd Trust Deed: _____ | $_____ | $_____ | $_____ |
| _____ : | | | |
| _____ : | | | |
| _____ : | | | |
| (Total) | $_____ | $_____ | $_____ |

(D) Other pertinent information: Movant obtained ownership of the subject property on or after July 6, 2020 by private sale, with Movant purchasing the subject property for the balance due under the Security Agreement. Debtor is the former owner of the Subject Property and Movant asserts that the filing of the instant bankruptcy is an attempt to delay the eviction proceedings and an attempt to hinder Movant from moving forward with its state law remedies.

Dated: 12/17/2021                          /s/ Mark S. Blackman
                                           Signature
                                           MARK S. BLACKMAN
                                           Print or Type Name

                                           Attorney for Movant, 21ST MORTGAGE CORPORATION