```
 1  MARK S. BLACKMAN
    CA NO. 119466
 2  BARRETT DAFFIN FRAPPIER
    TREDER & WEISS, LLP
 3  3990 E. CONCOURS STREET, SUITE 350
    ONTARIO, CALIFORNIA 91764
 4  Phone: (626) 371-7000
 5  Fax: (972) 661-7726
    E-mail:  sdcaecf@bdfgroup.com
 6  File No. 9362823

 7
    Attorney for Movant
 8  21ST MORTGAGE CORPORATION
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – (SANTA ROSA)

| In re: | CASE NO.: | 21-10498-DM |
|---|---|---|
| GABRIELA LOGAN, FKA GABRIELA QUIROZ FKA GABRIELA QUIROZ-VARGAS | CHAPTER: | 13 |
| | R.S. NO.: | EAT-2072 |
| | CERTIFICATION OF SERVICE | |
| Debtor(s). | DATE: TIME: PLACE: | January 12, 2022 9:30 a.m. Via Zoom Tele/Videoconference U.S. Bankruptcy Court 99 South E. Street Santa Rosa, CA 95404 |

I, Mark S. Blackman, the undersigned, declare that I am employed in the County of San Bernardino. I am over the age of 18 and not a party to the within entitled action. My business address is 3990 E. Concours Street, Suite 350, Ontario, CA 91764.

On December 17, 2021, I caused to be served the within MOTION FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER), DECLARATION IN SUPPORT OF MOTION FOR RELIEF WITH EXHIBITS, and RELIEF FROM STAY COVER SHEET on all interested parties

1

in said case, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**DEBTOR:**
GABRIELA LOGAN
414 OTT DR
SANTA ROSA, CA 95407

**ATTORNEY FOR DEBTOR**:
EVAN LIVINGSTONE
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1160 N DUTTON AVE, STE 105
SANTA ROSA, CA 95401

**TRUSTEE:**
DAVID BURCHARD
P.O. BOX 8059
FOSTER CITY, CA 94404

**PARTY IN INTEREST:**
LINDA A. RYAN, ESQ.
LAW OFFICES OF LINDA A. RYAN
708 GRAVENSTEIN HWY N #233
SEBASTOPOL, CA 95472

**UNITED STATES TRUSTEE/BY NEF:**
OFFICE OF THE U.S. TRUSTEE / SR
USTPREGION17.SF.ECF@USDOJ.GOV

      I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct,

Dated: December 17, 2021        By: /s/ Mark S. Blackman
                                        MARK S. BLACKMAN

2
Case: 21-10498   Doc# 14-3   Filed: 12/17/21   Entered: 12/17/21 12:06:25   Page 2 of 2