```
 1  MARK S. BLACKMAN
    CA NO. 119466
 2  BARRETT DAFFIN FRAPPIER
    TREDER & WEISS, LLP
 3  3990 E. CONCOURS STREET, SUITE 350
    ONTARIO, CALIFORNIA 91764
 4  Phone: (626) 371-7000
 5  Fax: (972) 661-7726
    E-mail: sdcaecf@bdfgroup.com
 6  File No. 9362823

 7  Attorney for Movant
    21ST MORTGAGE CORPORATION
 8
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – (SANTA ROSA)

| In re: | CASE NO.: | 21-10498-DM |
|---|---|---|
| GABRIELA LOGAN, FKA GABRIELA QUIROZ FKA GABRIELA QUIROZ-VARGAS | CHAPTER: | 13 |
| | R.S. NO.: | EAT-2072 |
| Debtor(s). | NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER) | |
| | DATE: TIME: PLACE: | January 12, 2022 9:30 a.m. Via Zoom Tele/Videoconference U.S. Bankruptcy Court 99 South E. Street Santa Rosa, CA 95404 |

    NOTICE IS HEREBY GIVEN that Movant's Motion for Relief from the Automatic Stay (Unlawful Detainer) has been set for hearing on January 12, 2022 at 9:30 a.m., and will be conducted by Zoom Tele/Videoconference.

    PLEASE TAKE NOTICE REGARDING HEARING: All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about Court operations during the

1

COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

FURTHER NOTICE IS HEREBY GIVEN that if you fail to attend the scheduled hearing, the Court may grant relief from the automatic stay, thereby authorizing Movant to proceed enforce its state law foreclosure and/or eviction remedies against said property described above and to allow the successful bidder to recover possession of said real property in accordance with applicable state laws.

                                        BARRETT DAFFIN FRAPPIER
                                        TREDER & WEISS, LLP

Dated: December 17, 2021           By:   /s/ Mark S. Blackman
                                                          MARK S. BLACKMAN

# CERTIFICATION OF SERVICE

I, Mark S. Blackman, the undersigned, declare that I am employed in the County of San Bernardino. I am over the age of 18 and not a party to the within entitled action. My business address is 3990 E. Concours Street, Suite 350, Ontario, CA 91764.

On December 17, 2021, I caused to be served the within NOTICE OF HEARING ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY (UNLAWFUL DETAINER), on all interested parties in said case, by placing a true copy thereof in a sealed envelope with postage thereon fully prepaid, in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows:

**DEBTOR:**
GABRIELA LOGAN
414 OTT DR
SANTA ROSA, CA 95407

**ATTORNEY FOR DEBTOR:**
EVAN LIVINGSTONE
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
1160 N DUTTON AVE, STE 105
SANTA ROSA, CA 95401

**TRUSTEE:**
DAVID BURCHARD
P.O. BOX 8059
FOSTER CITY, CA 94404

**PARTY IN INTEREST:**
LINDA A. RYAN, ESQ.
LAW OFFICES OF LINDA A. RYAN
708 GRAVENSTEIN HWY N #233
SEBASTOPOL, CA 95472

**UNITED STATES TRUSTEE/BY NEF:**
OFFICE OF THE U.S. TRUSTEE / SR
USTPREGION17.SF.ECF@USDOJ.GOV

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 17, 2021            By: /s/ Mark S. Blackman
                                        MARK S. BLACKMAN