Evan Livingstone (SBN 252008)
**California Rural Legal Assistance, Inc.**
1160 N Dutton Ave, Ste 105
Santa Rosa CA 95401
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: elivingstone@crla.org

Attorney for Debtor Gabriela Logan

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>GABRIELA LOGAN<br><br>    Debtor | Case No.    21-10498<br><br>Chapter    13<br><br>**DEBTOR'S NOTICE OF VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7**<br><br>Judge:    Hon. Dennis Montali |

TO THE COURT, CHAPER 13 TRUSTEE, UNITED STATES TRUSTEE and ALL CREDITORS:

Debtor Gabriela Logan, pursuant to 11 U.S.C. § 1307(a) and Fed. R. Bankr. P. 1017(f)(3), requests an order converting this chapter 13 case to one under chapter 7.

As required by Fed. R. Bankr. P. 1019, the Debtor(s) will file separately:

1. A statement of intention, not later than 30 days after entry of the order of conversion or before the first date set for the meeting of creditors, whichever is earlier;

2. A schedule, including the name and address of each creditor of unpaid debts incurred after the filing of the petition and before conversion, not later than 14 days after conversion of the case;

3. A Statement of Current Monthly Income and Means Test Calculation (Official Form B122A) if required by the court; and

4. If a plan has been confirmed, a. a schedule of unpaid debts incurred after confirmation but before conversion and that are not listed in the trustee's final report, not later than 15 days after

the filing of the trustee's final report; and b. a schedule of executory contracts and unexpired leases entered into or assumed after the filing of the petition but before conversion

Dated January 26, 2022  /s/Evan Livingstone
Evan Livingstone
Attorney for Debtors