# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re: Gabriela Logan<br>  fka Gabriela Quiroz<br>  fka Gabriela Quiroz–Vargas<br>     Debtor(s) | Case No.: 21–10498<br>Chapter: 7 |

## ORDER REASSIGNING CASE AFTER CONVERSION

    This case having been assigned to the Honorable Dennis Montali, and having been converted to one under Chapter 7, good cause appearing therefore;

    **IT IS HEREBY ORDERED** this case is transferred to the Honorable Roger L. Efremsky. Should any motion for relief from the automatic stay be pending as of conversion and reassignment, the Movant shall serve such motion and supporting papers on the new trustee appointed in this case and shall renotice the Motion for a hearing before the Judge to whom the case is reassigned.

    Given the conversion and reassignment of this case and the need for service of any motion(s) for relief from stay on the newly–appointed trustee and for a renoticed hearing, the Court finds compelling circumstances exist and therefore orders the continuation of the automatic stay through the conclusion of a final hearing before the Judge to whom this case is hereby reassigned.

    This order does not continue or revive a stay that has terminated under applicable law or a prior order of the court entered before the case was reassigned.

Dated: 1/27/22

By the Court:

Dennis Montali
United States Bankruptcy Judge