# Notice Recipients

District/Off: 0971−1  User: admin  Date Created: 2/10/2022
Case: 21−10498  Form ID: pdfntcal  Total: 33

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
intp  Larry H Hogan Sr
cr  21st Mortgage Corporation

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust  Office of the U.S. Trustee / SR  USTPRegion17.SF.ECF@usdoj.gov
tr  Timothy W. Hoffman  twh1761@yahoo.com
aty  Brian A. Barboza  barbozaecf@gmail.com
aty  Edward A. Treder  ndcaecf@BDFGroup.com
aty  Evan Livingstone  evanmlivingstone@gmail.com
aty  Mark S. Blackman  ndcaecf@bdfgroup.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db  Gabriela Logan  414 Ott Dr  Santa Rosa, CA 95407
intp  Mighty MHP Inc.  151 Callan Ave Ste 213  San Leandro, CA 94577
smg  CA Franchise Tax Board  Bankruptcy Group  P.O. Box 2952  Sacramento, CA 95812−2952
smg  CA Employment Development Dept.  Bankruptcy Group MIC 92E  P.O. Box 826880  Sacramento, CA 94280−0001
15352498  21st Mortgage Corp  Attn: Bankruptcy  620 Market Street  Knoxville, TN 37902
15368955  21st Mortgage Corporation  PO Box 477  Knoxville, TN 39701
15352499  Awa Collections  Attn: Banrkuptcy  100 Church Street  Dickson, TN 37055
15368556  Bureaus Investment Group Portfolio No 15 LLC  c/o PRA Receivables Management, LLC  PO Box 41021  Norfolk VA 23541
15352501  CMRE Financial Services  Attn: Bankruptcy  3075 E Imperial Hwy Suite 200  Brea, CA 92821
15352500  Capital One/Walmart  Attn: Bankruptcy  Po Box 30285  Salt Lake City, UT 84130
15352502  Enhanced Recovery Company  Attn: Bankruptcy  8014 Bayberry Road  Jacksonville, FL 32256
15360953  FRANCHISE TAX BOARD  BANKRUPTCY SECTION MS A340  PO BOX 2952  SACRAMENTO CA 95812−2952
15352503  Franchise Tax Board  PO Box 942867  Sacramento, CA 94267−0011
15352504  Linda Ryan  708 Gravenstein Hwy N # 233  Sebastopol, CA 95472−2808
15352505  Mighty MHP Inc.  151 Callan Ave Ste 213  San Leandro, CA 94577
15368055  Mighty MHP, Inc.  131−A Stony Circle, Suite 500  Santa Rosa, CA 95401
15352506  Portfolio Recovery Associates, LLC  Attn: Bankruptcy  120 Corporate Boulevard  Norfolk, VA 23502
15366897  Portfolio Recovery Associates, LLC  POB 41067  Norfolk VA 23541
15352507  Santander Consumer USA  Attn: Bankruptcy  Po Box 961245  Fort Worth, TX 76161
15361558  Santander Consumer USA Inc.  1601 Elm St, Suite 800  Dallas, TX 75201
15352508  Sonoma County Tax Collector  585 Fiscal Dr Ste 100  Santa Rosa, CA 95403
15352509  The Bureaus Inc  Attn: Bankruptcy  650 Dundee Rd, Ste 370  Northbrook, IL 60062
15358682  UNITED STATES DEPARTMENT OF EDUCATION  CLAIMS FILING UNIT  PO BOX 8973  MADISON, WI 53708−8973
15352511  USDOE/GLELSI  Attn: Bankruptcy  Po Box 7860  Madison, WI 53707
15352510  Uscb America  Attn: Bankruptcy  Po Box 74929  Los Angeles, CA 90004

TOTAL: 25